**DISMISS; and Opinion Filed November 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00958-CV

### IN THE INTEREST OF S.K. AND H.K.K., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-13214**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Justice Lang-Miers

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated August 12, 2016, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal without further notice. Also by postcard dated August 12, 2016, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in dismissal of this appeal. By letter dated September 28, 2016, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation he had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in dismissal of this appeal. To date,

appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160958F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.K. AND H.K.K., CHILDREN

No. 05-16-00958-CV

On Appeal from the 255th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-13214.
Opinion delivered by Justice Lang-Miers, Chief Justice Wright and Justice Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Rjumand Sultan recover her costs of this appeal, if any, from appellant Mohiuddin Khan.

Judgment entered this 7th day of November, 2016.